**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00235-02-YGR |
| Plaintiff, | |
| v. | **ORDER RELEASING DEFENDANT** |
| OTIS MOBLEY, | |
| Defendants. | |

**IT IS ORDERED** that the U.S. Marshals "roll up" Defendant Otis Mobley for Release to Pretrial Services by 4:00pm on Monday, May 21, 2012.

**IT IS SO ORDERED**.

Dated: May 21, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

RELEASE ORDER