UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**OTIS MOBLEY,**<br>Defendant. | Case No. 12-cr-00235-YGR-1<br><br>**SCHEDULING ORDER RE: DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255**<br><br>Re: Dkt. No. 226 |

On June 26, 2016, defendant Otis Mobley filed a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. section 2255. (Dkt. No. 226.)

The government shall file and serve a response within seventy-five (75) days of the date of the filing of defendant's motion, or by September 9, 2016. Defendant's reply shall be filed within forty-five (45) days thereafter, presumably by no later than October 24, 2016.

The Court will set oral argument once briefing is complete if the Court deems necessary.

**IT IS SO ORDERED.**

Dated: June 29, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**