UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**OTIS MOBLEY**,<br><br>　　　　　Defendant. | Case No.  12-cr-00235-YGR-2<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY**<br><br>Re: Dkt. No. 254 |

On November 10, 2016, the Court denied defendant Otis Mobley's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. section 2255.  (Dkt. No. 254.)  The Court hereby further **DENIES** defendant's request for a certificate of appealability.  Reasonable jurists would not "find the [Court's] assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  Petitioner may seek a certificate of appealability from the Ninth Circuit Court of Appeals.

　　　　**IT IS SO ORDERED.**

Dated: November 23, 2016

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**